**FILED**

**JUN 2 2 2020**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

ROBERT CHRISTOPHER ADAMS )
_____ )  Case Number: 20-594-MAB
_____ )           (Clerk's Office will provide)
_____ )
*Plaintiff(s)/Petitioner(s)* )
v. )  ☐ CIVIL RIGHTS COMPLAINT
)     pursuant to 42 U.S.C. §1983 (State Prisoner)
DUPONT_____ )  ☐ CIVIL RIGHTS COMPLAINT
EDWARD WALLACE_____ )     pursuant to 28 U.S.C. §1331 (Federal Prisoner)
_____ )  ☐ CIVIL COMPLAINT
)     pursuant to the Federal Tort Claims Act, 28 U.S.C.
*Defendant(s)/Respondent(s)* )  §§1346, 2671-2680, or other law

## I. JURISDICTION

**Plaintiff:**

A.  Plaintiff's mailing address, register number, and present place of confinement.

**Defendant #1:**

B.  Defendant __EDWARD WALLACE__ is employed as
                (a)  (Name of First Defendant)

    __OWNER_____
    (b)      (Position/Title)

    with __UNKNOWN ADDRESS NAME EDWARD WALLACE__
         (c)   (Employer's Name and Address)

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?  ☐ Yes  ☒ No

If your answer is YES, briefly explain:

Rev. 10/3/19

**Defendant #2:**

C.  Defendant __DUPONT_____ is employed as
      (Name of Second Defendant)

   _____COMPANY_____
                  (Position/Title)

   with _____DUPONT_____
            (Employer's Name and Address)

   _____

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☐ Yes   ☑ No

If you answer is YES, briefly explain:

**Additional Defendant(s) (if any):**

D.  Using the outline set forth above, identify any additional Defendant(s).

   MAYBE MORE DEFENDANTS

Rev. 10/3/19

II.  **PREVIOUS LAWSUITS**

A.  Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?  ☑Yes ☐No

B.  If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability**, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1. Parties to previous lawsuits:
   Plaintiff(s): [redacted]
   ROBERT CHRISTOPHER ADAMS

   Defendant(s): COOK COUNTY JAIL, MEDICAL STAFF
   CITY OF CHICAGO

2. Court (if federal court, name of the district; if state court, name of the county): 219 SOUTH DEARBORN CHICAGO IL 60601

3. Docket number: 17 C 1143

4. Name of Judge to whom case was assigned: JORGE L. ALONSO

5. Type of case (for example: Was it a habeas corpus or civil rights action?): CIVIL RIGHTS ACTION

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): I SETTLED OUT WITH THEM FORff $5,000

Rev. 10/3/19

7. Approximate date of filing lawsuit: 2018 DECEMBER JAN 2019

8. Approximate date of disposition: SETTLEMENT AGREEMENT OF THE AMOUNT $5,000

9. Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?" I SETTLED OUT FOR $5,000

III. **GRIEVANCE PROCEDURE**

A. Is there a prisoner grievance procedure in the institution? ☑ Yes ☐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? N/A DON'T APPLY ☐ Yes ☐ No

C. If your answer is YES,
   1. What steps did you take?

   2. What was the result?

D. If your answer is NO, explain why not. THIS IS AGAINST THE COMPANY DUPONT AND THERE'S NO GRIEVANCE PROCESS

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? N/A ☐ Yes ☐ No

F. If your answer is YES,
   1. What steps did you take?

Rev. 10/3/19

V.  **REQUEST FOR RELIEF**

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

COMPENSATIVE DAMAGES, PUNATIVE DAMAGES TO BE AWARDED $75,000,000 AND TO PAY FOR ALL MEDICAL EXPENSES FOR COLITIS ONLY AND ANY OPERATIONS IN CONNECTION TO COLITIS IN THE FUTURE.

VI.  **JURY DEMAND** (*check one box below*)

The plaintiff ☑ does   ☐ does not request a trial by jury.

**DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11**

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 6-4-2020 (date)

Signature of Plaintiff: *Robert C Adams*

Street Address: 2500 STATE ROUTE 99 SOUTH

Printed Name: ROBERT C ADAMS

City, State, Zip: MOUNT STERLING, IL 62853

Prisoner Register Number: #K67019

Signature of Attorney (if any): _____

Rev. 10/3/19

### IV. STATEMENT OF CLAIM

A. State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

I WAS BORN 1973 DECEMBER FIRST AND WAS EXPOSED TO TIPHLON, C-8 SLEG THROUGH THE MANY THINGS THAT IT WAS IN LIKE THE CARPET, BOOTS, POTS, PANS, AND INHALING SMOKE, FROM PRODUCTS LIKE NEWPORTS, PALL MALLS, AND ALL OTHER SMOKE PRODUCTS. I ENDED UP LATER AFTER THIS LAWSUIT WAS SETTLED OUT ON 1983 THEY SETTLE OUT AND IT WAS RULED THAT IF ANYBODY AFTER THE SETTLEMENT AGREEMENT WAS TO CONTRACT ANY OF THE 8 ILLESSNESSES THAT WAS LISTED IN CONNECTION WITH C-8 SLEG WILL GET RESTITUTION. CHRONIC ULTRATIVE COLITIS IS LISTED AND IS A LIFE THREATENING ILLNESS. I WAS HOSPITALIZED AND ALMOST DIED FROM IT. I WAS IN EXTREME PAIN AND STILL SUFFER PAIN. THE RISK TO MY LIFE IS STILL PRESENT EVEN TO THIS DAY. FEB 4, 2006 OR 2008. THE G.I. DOCTOR INFORMED ME I WOULD HAVE DIED IF I HAD NOT CAME IN. I WAS HOSPITALIZED AGAIN AND WAS AT THE SAME HOSPITAL STROGER'S HOSPITAL ALMOST DIED AGAIN. STRESS ALONE CAN CAUSE ME TO HAVE A LIFE TREATENING FLAIR-UP. THIS IS THE MEDICATION THAT I'M TAKING FOR IT. THEY ARE GUILTY OF DELIBERATE INDIFFERANCE

MESALAMINE 800MG DR TAB
55548144 ADAMS, ROBERT
01/09/20  06/01/20  08/05/20

AND HAS VIOLATED MY RIGHTS BY DISREGARDING THE RISK OF THERE PRODUCT. EVEN AFTER THE SETTLEMENT IN 1983 ALL PUBLIC PLACES WAS ALLOWED TO SMOKE, EXPOSING ME FOR OVER 20 YEARS UNTIL I WAS HOSPITALIZED. I'M SEEKING CRIMINAL CHARGES OF ATTEMPTED MURDER ASSUALT AND BATTARY, CHILD INDANGERMENT, HARRASTMENT AND ALL OTHER CHARGES IN THE CRIMINAL COURT SEPERATE FROM THIS LAWSUIT. BY PUTTING THIS IN SO MANY DIFFERANT PRODUCTS AND FOR SO LONG MY LIFE IS EVEN TO THIS DAY AT RISK.

Rev. 10/3/19

Dupont and the owners that's responsable for putting my life at risk when I was born because I was exposed to the C-8 sleg, Tiphlon that was in so many differant products such as smoking products, pots, pans, and carpets and other products. Smoking was allowed in all public places regardless of babies and children of all ages being present. Even after the defendants reached a settlement agreement with my co-plaintiffs. We were still being exposed to the deadly C-8 sleg, Tiphlon. This is deliberate indifferance that the defendants are completely guilty of. Colitis is a life threatening illness. I almost died twice and was hospitalized twice at the same hospital because of colitis. Due to colitis and Covid-19 my life is even more in danger. But even without Covid-19 and even with the treatment for chronic ultrative colitis my life is still at risk. Because I can have a flair up, a life threatening flair-up at any time. This is what I'll have to live with most, if not all of my life. Stress alone can cause this kind of flair-up, so what do you think Covid-19 will do?

THIRD LAWSUIT

DEFENDANT'S CITY OF CHICAGO
CHICAGO POLICE
BEAT ME UP

SETTLEMENT AGREEMENT OF THE AMOUNT 5,000

SECOND LAWSUIT

DEFENDANT JEFF DENNISON WARDEN

DOCKET NUMBER 19-CV-37-NJR

SETTLEMENT AGREEMENT OF THE AMOUNT 2,350

FAILED TO GIVE ME WINTER CLOTHING PRIOR TO MY RELEASE FROM PRISON

    2.    What was the result?

G.    If your answer is NO, explain why not. THIS IS NOT AGAINST IDOC STAFF, NOR THIS CITY OR STATE BUT A PRIVATE OWNERS

H.    Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

NOT POSSIBLE.

*Robert Adams*

6/2/2020

*Jenna Zoller*

OFFICIAL SEAL
**JENNA ZOLLER**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 04-19-2023

Rev. 10/3/19

ROBERT CHRISTOPHER ADAMS
IDOC #K67019 UNIT 4B CELL 22
WESTERN ILLINOIS CORRECTIONAL CENTER
2500 STATE ROUTE 99 SOUTH
Mt. STERLING, IL 62353

MAIL CLEARED
US MARSHAL

UNITED S
760 MISS
EAST ST.

This Correspond
from an inmate of t
Department of Co

RECEIVED

JUN 2 2 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE