IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERT CHRISTOPHER ADAMS,
Plaintiff,

v.

Case No. 20–CV–00594–JPG

DUPONT and
EDWARD WALLACE,
Defendants.

## JUDGMENT

This matter having come before the Court,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Robert Christopher Adams's Complaint against Defendants Dupont and Edward Wallace is **DISMISSED WITHOUT PREJUDICE.**

**Dated: Thursday, December 17, 2020**         **MARGARET M. ROBERTIE**
                                                **CLERK OF COURT**

                                                **s/Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert**
            **J. PHIL GILBERT**
            **UNITED STATES DISTRICT JUDGE**